**JOINTLY SUBMITTED**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT ARUM, DAVID LOPEZ, and TOP RANK, INC., <br><br> Defendants. | Case No. 10-cv-01619-RLH-(RJJ) <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO ALL DEFENDANTS** |

Plaintiff Golden Boy Promotions, Inc., by and through its attorneys of record, Greenberg Glusker, Judd Burstein, P.C., and Lionel Sawyer & Collins, and Defendants Robert Arum, David Lopez and Top Rank, Inc., by and through their attorneys of record, O'Melveny & Myers LLP and Campbell & Williams, hereby stipulate and agree to the dismissal, with prejudice, of the above-referenced matter as to all Defendants, all stipulating parties to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

DATED this 3rd day of June, 2011.

LIONEL SAWYER & COLLINS

By: /s/ Todd E. Kennedy
   Todd E. Kennedy, NBN 6014
   Robert Hernquist, NBN 10616
   300 S. Fourth Street, Ste. 1700
   Las Vegas, Nevada 89101
   Telephone: (702) 383-8888
   Facsimile:  (702) 383-8845

   Judd Burstein (*pro hac vice*)
   JUDD BURSTEIN, P.C
   1790 Broadway, Suite 1501
   New York, New York 10019
   Telephone: (212) 974-2400
   Facsimile:  (212) 974-2944

   Bertram Fields (*pro hac vice*)
   Jeffrey Spitz (*pro hac vice*)
   GREENBERG GLUSKER
   1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067
   Telephone: (310) 553-3810
   Facsimile: (310) 553-0687

*Attorneys for Plaintiff Golden Boy Promotions, Inc.*

DATED this 3rd day of June, 2011.

CAMPBELL & WILLIAMS

By: /s/ J. Colby Williams
   Donald J. Campbell, NBN 1216
   J. Colby Williams, NBN 5549
   700 South 7th Street
   Las Vegas, Nevada 89101
   Telephone: (702) 382-5222
   Facsimile:  (702) 382-0540

   Daniel Petrocelli (*pro hac vice*)
   David Marroso (*pro hac vice*)
   O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067
   Telephone: (310) 553-6700
   Facsimile:  (310) 246-6779

*Attorneys for Defendants Robert Arum, David Lopez and Top Rank, Inc.*

## ORDER

Based upon the forgoing Stipulation, IT IS HEREBY ORDERED:

That the above matter is dismissed, with prejudice, all stipulating parties to bear their own costs and attorneys' fees.

Dated this 6th day of June, 2011.

_____
United States District Court Judge

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2